UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division


**Eman Shaban**

      Plaintiff,

v.                                                      CASE NO: 3:26-cv-782

Torres Towing, LLC;
Secure Collateral Management, LLC;
Ally Financial, Inc


      **Defendants.**



COVER LETTER FOR SUMMONSES


Comes now the Plaintiff, by counsel and files the following Summonses


1.  Torres Towing, LLC

2.  Secure Collateral Management, LLC

3.  Ally Financial, Inc.


        **Eman Shaban**

        /s/ Jason M. Krumbein, Esq.
        Jason M. Krumbein, Esq. VSB#43538
        JKrumbein@KrumbeinLaw.com (e-mail)
        Counsel for Plaintiff
        10307 W. Broad St. Suite 293
        Glen Allen, VA 23060
        804.592.0792
        804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)