**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**Eman Shaban**

     Plaintiff,

v.                                          CASE NO: 3:26-cv-782-REP

Torres Towing, LLC;
Secure Collateral Management, LLC;
Ally Financial, Inc

     **Defendants.**

## MOTION FOR PRELIMINARY INJUNCTION AND

## <u>TEMPORARY RESTRAINING ORDER</u>

The undersigned will move this Honorable Court for a preliminary injunction and restraining order against the Defendants by reason of the following:

1. The Plaintiff is the record owner of vehicle 2023 Toyota Camry with VIN# xxx180486

2. Defendants have sought to dispossess the plaintiff of the property she rightfully bought, and for which she paid.

3. Defendant, Torres Towing, LLC, is acting as agent of Ally Financial , Inc.

4. Defendants Ally Financial, Inc and Secure Collateral Management, LLC are attempting to enforce the terms of a note and lien that does not properly belong as secured by the vehicle in question.

5. In fact, the plaintiff paid for the property in full, and Ally Financial, Inc, Secure Collateral Management, LLC and Torres Towing, LLC are failing and refusing to return the property of the plaintiff.

6. The Plaintiff will likely prevail at trial.

7.      The Plaintiff is without other legal remedy.

8.      Defendants will suffer no additional harm if the Motion is granted as there is no lien in favor of defendants.  The Plaintiffs ask the Court to set a bond at nominal.

9.      Plaintiffs have provided Notice to Defendants through facsimile of this Motion and Complaint to Ally Financial, Inc, Secure Collateral Management, LLC and Torres Towing, LLC, all parties against whom this injunction is sought. Plaintiffs have also telephoned Defendants Ally Financial, Inc, Secure Collateral Management, LLC and Torres Towing, LLC

WHEREFORE, the Plaintiffs move this Honorable Court for a preliminary injunction and/or temporary restraining Order against the Defendants enjoining them from dispossessing the plaintiff from the property, and for such other and further relief to which the Court deems right and proper.

Eman Shaban

By:  /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has

been mailed and faxed to

Torres Towing, LLC
R/a Ramon Torres Sanchez
706 Keppel Dr
Newport News, VA 23608
Fax:
Email: Support@TorresAutoRecovery.com

Ally Financial, Inc.
R/A CT Corporation System
4701 Cox Rd. Suite 285
Glen Allen, VA 23060
Fax: 866-584-2048

Secure Collateral Management, LLC

9330 Lyndon B. Johnson Fwy #700
Dallas, TX 75243
Fax: 469-608-6799

Dated:  6 August 2026.

By:  _/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail