**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**Eman Shaban**

     Plaintiff,

v.                                                                                  CASE NO: 3:26-cv-782-REP

Torres Towing, LLC;
Secure Collateral Management, LLC;
Ally Financial, Inc

     **Defendants.**

<u>AFFIDAVIT OF JASON M. KRUMBEIN</u>

1.     My name is Jason M. Krumbein; I am counsel for the Plaintiff, Eman Shaban.

2.     I am an attorney licensed and authorized to practice law in the Commonwealth of Virginia.

3.     On July 28, 2026 the plaintiff was dispossessed of her vehicle. The entity which ordered the possession was Ally Financial, Inc. Ally Financial, Inc does NOT have a valid lien on the vehicle. There is no lien.

4.     I was formally retained to represent the Plaintiffs, regarding the dispossession in the afternoon hours on August 5, 2026.

5.     On August 5, 2026, I contacted Torres Recovery, LLC and advised them that they had possession of a vehicle for which the lien they were enforcing was not valid.  Torres refused

to return the vehicle or the personal property inside.

6.      On August 5, 2026, I contacted Ally Financial, Inc and explained the facts as described in paragraph 5. They refused to order Torres Towing to turn over the vehicle.

7.      I have provided Ally Financial, Inc, Secure Collateral Management, LLC and Torres Towing, LLC notice of this action on August 6, 2026.

8.      There is insufficient time to obtain service of process upon the Defendants.

9.      Service of all pleadings upon each Defendant in this action is being conducted through the Defendants' Registered Agents.

10.     I have used all methods available to put each Defendant on Notice of the filing of this action and the Plaintiffs' Motion and Notice for Preliminary Injunction and Temporary Restraining Order.

11.     The Plaintiffs will suffer immediate and irreparable harm if their Motion for immediate relief is not granted.

12.     No harm will occur to the Defendants by the Court granting Plaintiffs' Motion for Temporary Restraining Order as there is adequate equity to protect the interests of the Defendants in the property that is the subject of this litigation.

Under penalty of perjury, pursuant to 28 USC 1738, I hereby attest that the above is true and correct.


_____/s/ Jason M. Krumbein_____

JASON M. KRUMBEIN, ESQUIRE