

## COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE
#### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

ESTABLISHED 12/04/25    616  DMV7AP  ORIGINAL

| VIN NO. | YEAR | MAKE | VEHICLE BODY | | |
|---|---|---|---|---|---|
| 180486 | 2023 | TOYOTA | 4D SDN | | 919 |

| EMPTY WGT | GROSS WGT | GVWR | BUYER | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 1425 | | | | 2 | GAS | 698.00 | *70247* | 12/04/25 |

OTHER PERTINENT DATA
IND

ODOMETER BRAND
ACTUAL 2455398

PRIOR TITLE NO.
01

PRINTED NAME AND ADDRESS OF OWNER

GLEN ALLEN VA 23059-4606

DMV'S ACT & TITLE NUMBER
064983261

NO LIENS