**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**Eman Shaban**

      Plaintiff,

v.                                        CASE NO: 3:26-cv-782-REP

Torres Towing, LLC;
Secure Collateral Management, LLC;
Ally Financial, Inc

      **Defendants.**

**WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AND**

**TEMPORARY RESTRAINING ORDER**

Plaintiff has now recovered possession of the subject vehicle, and the TRO and Preliminary Injunction are no longer required.

As a result, Plaintiff withdraws the motion for TRO in Preliminary Injunction.

Eman Shaban

By:  /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has

been mailed and faxed to

Torres Towing, LLC
R/a Ramon Torres Sanchez
706 Keppel Dr
Newport News, VA 23608
Fax:
Email: Support@TorresAutoRecovery.com

Secure Collateral Management, LLC

9330 Lyndon B. Johnson Fwy #700
Dallas, TX 75243
Fax: 469-608-6799

Ally Financial, Inc.
R/A CT Corporation System
4701 Cox Rd. Suite 285
Glen Allen, VA 23060
Fax: 866-584-2048

Dated:  11 August 2026.

By:  _/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail