**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**EMAN SHABAN,**

**Plaintiff,**

**v.** **Civil Action No. 3:26-cv-00782**

**TORRES TOWING, LLC, et al.,**

**Defendants.**

**DEFENDANT ALLY FINANCIAL INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court, Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Ally Financial Inc., in the above captioned action, certifies that it is a non-governmental corporate party, there is no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated: August 25, 2026

Respectfully submitted,

**ALLY FINANCIAL INC.**

By: /s/ *Michala D. Black Lambert*
Michala D. Black Lambert (VSB No. 98786)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: 804-215-3044
Facsimile: 804-697-1339
Email: michala.black@troutman.com

Mark Kundmueller (VSB No. 89737)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000

Virginia Beach, Virginia 23462
Telephone: (757) 687-7586
Facsimile: (757) 687-7510
Email: Mark.Kundmueller@troutman.com

*Counsel for Defendant Ally Financial Inc.*

.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August 2026, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

By: */s/* Michala D. Black Lambert
Michala D. Black Lambert (VSB No. 978786)

*Counsel for Defendant Ally Financial Inc.*