**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISON**

**EMAN SHABAN,**

**Plaintiff,**

**v.** **Civil Action No. 3:26-cv-00782**

**TORRES TOWING, LLC, et al.,**

**Defendants.**

**MOTION FOR EXTENSION OF ANSWER DEADLINE**
**FOR DEFENDANT ALLY FINANCIAL, INC.**

Defendant Ally Financial Inc. ("Ally"), through counsel and pursuant to Local Civil Rule 7 of the Local Rules for the U.S. District Court for the Eastern District of Virginia, files this motion seeking an extension of its answer deadline through, and including, October 9, 2026. In support, Ally states as follows:

1. On August 5, 2026, Eman Shaban as Plaintiff, ("Shaban") filed with the Court the Complaint that commenced this civil action. (ECF No. 1.)

2. On August 13, 2026, Shaban served the Complaint on Defendant Ally Financial Inc.

3. The undersigned counsel was recently retained to represent Ally and is in the process of analyzing and investigating the allegations in Plaintiff's Complaint.

4. On August 21, 2026, Ally contacted Plaintiff's counsel by electronic mail, in order to request a thirty (30) day extension of the time in which Ally may file their responsive pleading, up to and including October 5, 2026, to enable them to analyze and investigate the allegations in Plaintiff's Complaint and to prepare an appropriate response.

5. On August 21, 2026, Counsel for Ally discussed the requested extension with

Plaintiff's counsel. Thereafter, Plaintiff proposed agreement to an extension up to and including October 9, 2026.

6. Accordingly, Plaintiff does not oppose the relief requested herein.

7. This is Ally's first request for an extension, and this Motion is not being filed for purposes of harassment or delay.

8. If this extension is granted, the interests of justice will be served and neither this Court nor any party will be prejudiced.

For the reasons stated above, Defendants Ally Financial, Inc. respectfully request that this Court grant their Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint up to and including October 9, 2026.

A proposed Order granting this Motion is being filed simultaneously herewith.

DATED: August 25, 2026

**ALLY FINANCIAL INC.**

By: /s/ *Michala D. Black Lambert*

Michala D. Black Lambert (VSB No. 98786)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, Virginia 23219
Telephone: 804-215-3044
Facsimile: 804-697-1339
Email: michala.black@troutman.com

Mark Kundmueller (VSB No. 89737)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7586
Facsimile: (757) 687-7510
Email: Mark.Kundmueller@troutman.com

*Counsel for Defendant Ally Financial, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August 2026, I electronically filed the foregoing *Motion for Extension of Time* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

By: */s/* Michala D. Black Lambert
Michala D. Black Lambert (VSB No. 98786)

*Counsel for Defendant Ally Financial, Inc.*