**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISON**

**EMAN SHABAN,**

**Plaintiff,**

**v.** **Civil Action No. 3:26-cv-00872**

**TORRES TOWING, LLC, et al.,**

**Defendants.**

**ORDER GRANTING MOTION FOR EXTENSION OF ANSWER DEADLINE OF DEFENDANT ALLY FINANCIAL INC.**

This matter came before the Court upon Ally Financial Inc.'s ("Ally") *Motion for Extension of Answer Deadline of Defendant Ally Financial Inc.* (the "Motion"). For the reasons set forth in the Motion, and for good cause shown, it is

ORDERED that the Motion is GRANTED.

It is further ORDERED that Ally's deadline to file an answer or other responsive pleading or dispositive motion in response to Plaintiff's Complaint is extended through, and including, October 9, 2026.

IT IS SO ORDERED.

ENTERED:

________________________________
United States District Judge