**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**EMAN SHABAN,**

**Plaintiff,**

**v.** **Civil Action No. 3:26-cv-00782**

**TORRES TOWING, LLC, et al.,**

**Defendants.**

**NOTICE OF APPEARANCE**

PLEASE NOTE the appearance of Mark Kundmueller on behalf of Defendant, Ally Financial Inc., as counsel herein for all purposes in this matter.

Dated: August 25, 2026

Respectfully submitted,

By: */s/* Mark Kundmueller

Mark Kundmueller (VSB No. 89737)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7586
Facsimile: (757) 687-7510
Email: Mark.Kundmueller@troutman.com

*Counsel for Defendant Ally Financial Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August 2026, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

By: */s/* Mark Kundmueller
Mark Kundmueller (VSB No. 89737)

*Counsel for Defendant Ally Financial Inc.*