**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**Eman Shaban**

Plaintiff,

v. CASE NO: 3:26-cv-782-REP

Torres Towing, LLC;
Secure Collateral Management, LLC;
Ally Financial, Inc

**Defendants.**

## CONSENT TO EXTENSION BY ALLY FINANCIAL, Inc

Plaintiff consents to the motion for extension (docket number 8) filed by Ally Financial, Inc.

Eman Shaban

By: _/s/ Jason M. Krumbein, Esq.

Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25 August 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michala D. Black Lambert, Esq.
Mark Kundmueller, Esq.
Counsel for Ally Financial, Inc

And to the following non-filing users:

NONE

By: _/s/ Jason M. Krumbein, Esq.

Jason M. Krumbein, Esquire (VSB#43538)
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 232060
Tel: 804.592.0792
Fax: 804.823.2565
JKrumbein@KrumbeinLaw.com e-mail