**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

EMAN SHABAN,

Plaintiff,

v. Civil Action No. 3:26cv782

TORRES TOWING, LLC,
et al.,

Defendants.

**ORDER**

Having considered the MOTION FOR EXTENSION OF ANSWER DEADLINE FOR DEFENDANT ALLY FINANCIAL, INC. ("Motion for Extension") (ECF No. 8), and there being no objection by the plaintiff thereto, it is hereby ORDERED that the Motion for Extension (ECF No. 8) is granted with modification. It is further ORDERED that the defendant, Ally Financial, Inc., shall file its Answer and any other motions with respect to the Complaint by October 9, 2026.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 26, 2026