AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Eman Shaban

*Plaintiff(s)*

v.

Torres Towing, LLC et al

*Defendant(s)*

Civil Action No. 3:26-cv-782

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Torres Towing, LLC
R/A Ramon Torres Sanchez
706 Kellel Dr.
Newport News, VA 23608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason M. Krumbein,Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/6/2026

*Signature of Clerk or Deputy Clerk*

Case 3:26-cv-00782-REP Document 3 Filed 08/06/26 Page 2 of 6 PageID# 15

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-782

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Torres Towing, LLC

was received by me on *(date)* 8/7/26 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________________, a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________________ ; or

☑ Other *(specify)*: posted

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/7/26

[signature]
*Server's signature*

David Rapp PS
*Printed name and title*

[signature]
*Server's address*

Additional information regarding attempted service, etc:

08/11/26

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | Eman Shaban | **Court:** | United States District Court |
| **Defendant:** | Torres Towing, LLC et al | **Case:** | 3:26-cv-782 |
| **Serve:** | Torres Towing, LLC<br>706 Kellel Dr.<br>R/A Ramon Torres Sanchez<br>Newport News, VA 23608 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>10307 W. Broad Street, Suite 293<br>Glen Allen, VA 23060 | **Phone:**<br>**Reference:** | 8045920792 |

Type(s) of Writ(s) paper:4469513

Summons in a Civil Action Complaint

Witness/Defendant Torres Towing, LLC was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to ______________________ who is a member of his/her family and is the ______________________ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

(X) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) **DESIGNEE** Service on an entity pursuant to Code 8.01-513. Name and title ______________________

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, David Rapp hereby certify that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy. Pursuant to codes 28 U.S.C 1746 and 8.01-4.3 I declare under penalty of perjury that the foregoing is true and correct.

Served Date: AUG 1 7 2026 Served Time: 11 28

DRapp

Signature of Process Server

Type of Service: A Auth Attempts: 1 Order: 1073904 Same Day Rush: No 1 Day Rush: No 2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** -

**Service to Registered Agent at residence pursuant to code 8.01-299(3) and 8.01-296(2)(b)**